Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MATTHEW JAMES TURNIPSEEDE, and SONYA JAGDISH SHAH TURNIPSEEDE,<br><br>Debtors. | Case No. 21-14688-abl<br>Chapter 7<br><br>***EX PARTE* MOTION FOR 2004 EXAMINATION OF CG TECHNOLOGY, LP, FORMERLY DOING BUSINESS AS CANTOR GAMING** |

Creditor Charles J. LaDuca ("Creditor"), by and through counsel Andrea M. Gandara, Esq. and Mary Langsner, Ph.D. of the law firm Holley Driggs, hereby files this *EX PARTE* MOTION FOR 2004 EXAMINATION OF CG TECHNOLOGY, LP, FORMERLY DOING BUSINESS AS CANTOR GAMING (the "Motion"), pursuant to FED. R. BANKR. P. 2004 and 9016 (which incorporates by reference FED. R. CIV. P. 45), and Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada ("LR") 2004 and 5075(a)(2)(L).

Through this Motion, Creditor respectfully applies to this Court for an *ex parte* order requiring and directing **CG TECHNOLOGY, LP, FORMERLY DOING BUSINESS AS CANTOR GAMING** ("Witness") to appear as set forth in a subpoena to be issued pursuant to FED. R. BANKR. P. 9016, at a time, place, and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days' written notice by Creditor for examination, under FED. R. BANKR. P. 2004, regarding the acts, conduct, property, liabilities, and financial condition of the Debtors; as to any matter which may affect the administration of the Debtors' estate(s); and as to any other matter permitted by FED. R. BANKR. P. 2004. This Motion is based upon the Memorandum of Points and Authorities herein.

14749-01/2671555.docx

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    LEGAL AUTHORITY

**A.    Examination Under FED. R. BANKR. P. 2004 Is Permitted.**

FED. R. BANKR. P. 2004(a) provides, "On motion of any party in interest, the court may order the examination of any entity." Regarding scope of examination, FED. R. BANKR. P. 2004(b) provides in relevant part:

> The examination of an entity under this rule or of the debtor under § 343 of the Code may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge.

And FED. R. BANKR. P. 2004(c) provides in pertinent part:

> The attendance of an entity for examination and for the production of documents, whether the examination is to be conducted within or without the district in which the case is pending, may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial.

Creditor seeks to conduct oral examination relating to the Debtors' assets, liabilities, and financial affairs for the following reasons:

1. To ascertain the facts and circumstances surrounding the filing by the Debtors of the above-captioned bankruptcy cases (the "Petition");
2. To determine the manner in which the Debtors have conducted their personal and business affairs;
3. To ascertain a more complete picture of the assets, liabilities, the financial condition of the Debtors including, but not limited to, information as to whether the Debtors improperly diverted assets to other individuals or entities, whether or not affiliated with the Debtors, and information as to transfers the Debtors made to or for the benefit of themselves and/or such others;
4. To ascertain the truth and veracity of information contained in the Debtors' Schedules and Statements;
5. To ascertain and verify whether the Debtors have engaged in potential fraudulent transfers, preferences, and avoidable transfers;

14749-01/2671555.docx

6. Any other matters related to the acts, conduct, or property or to the liabilities and financial condition of the Debtors, or to any matter which may affect the administration of the Debtors' estate, or to the Debtors' right to a discharge.

The requested discovery is well within the scope of examination is permitted under FED. R. BANKR. P. 2004. In addition, Creditor seeks to conduct an examination to testify on more than fourteen (14) days' notice from the date of filing of this Motion and respectfully proffers that the purpose of the sought-after examination is within the scope of FED. R. BANKR. P. 2004 and that the Clerk of Court may sign any Order granting this Motion. Specifically, LR 2004(b) provides:

> The clerk may only sign orders for examination if the date set for examination is more than fourteen (14) days from the date the motion is filed. If examination is requested on less than fourteen (14) days' notice, the clerk may not sign. The motion must state whether the examination date has been agreed on, or if there is no agreement, why examination on less than fourteen (14) days' notice is requested.

Accordingly, Creditor respectfully requests the entry of an order granting this Motion.

DATED this 10th day of December 2021.

**HOLLEY DRIGGS**

 /s/ Andrea M. Gandara
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Mary Langsner, Ph.D. (NV Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Charles J. LaDuca*

14749-01/2671555.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 10th day of December 2021, I caused to be served a true and correct copy of *EX PARTE* **MOTION FOR 2004 EXAMINATION OF CG TECHNOLOGY, LP, FORMERLY DOING BUSINESS AS CANTOR GAMING** in the following manner:

☒ (ELECTRONIC SERVICE)  Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

    /s/ Olivia Swibies
An employee of Holley Driggs

14749-01/2671555.docx