Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MATTHEW JAMES TURNIPSEEDE, and SONYA JAGDISH SHAH TURNIPSEEDE,<br><br>Debtors. | Case No. 21-14688-abl<br>Chapter 7<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR 2004 EXAMINATION OF CG TECHNOLOGY, LP, FORMERLY DOING BUSINESS AS CANTOR GAMING**<br><br>Judge: Hon. August B. Landis |

This Court having reviewed the *Ex Parte* Motion for 2004 Examination of CG TECHNOLOGY, LP, FORMERLY DOING BUSINESS AS CANTOR GAMING ("Motion") filed by creditor Charles J. LaDuca ("Creditor"), by and through counsel of record Andrea M. Gandara, Esq. and Mary Langsner, Ph.D. of the law firm Holley Driggs, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **CG TECHNOLOGY, LP, FORMERLY DOING**

- 2 -

1    **BUSINESS AS CANTOR GAMING** shall appear for an examination under oath before a

2    certified Court reporter at a time, place, and date to be mutually agreed upon by the parties, or if

3    no such agreement is reached, upon no less than fourteen (14) calendar days' written notice by

4    Creditor, pursuant to FED. R. BANKR. P. 2004, and relating to the acts, conduct, property, liabilities,

5    and financial condition of the Debtors; as to any matter which may affect the administration of the

6    Debtors' estate(s); and as to any matter permitted by FED. R. BANKR. P. 2004, including but not

7    limited to the matters specifically enumerated in the Motion.

8    **IT IS FURTHER ORDERED** that oral examination shall continue from day to day, as

9    necessary until completed.

10    **IT IS SO ORDERED.**

12    Prepared and submitted by:

13    **HOLLEY DRIGGS**

15    /s/ Andrea M. Gandara
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
16    Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
17    400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Charles J. LaDuca*

# # #

14749-01/2671556.docx